# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

18 MAR 10 PM 8:23

U.S. DISTRICT COURT
S.D.N.Y.

SERGEI CHEPILKO

Write the full name of each plaintiff.

## 18 CV 2195

(Include case number if one has been assigned)

-against-

THE CITY OF NEW YORK,
POLICE OFFICER SCOTT HENRY,
SERGEANT TARAKUR CHOWDHURY,
JOHN DOE 1, JOHN DOE 2.

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

## COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   Federal Question

☐   Diversity of Citizenship

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*VIOLATION  OF  CIVIL  RIGHTS.*

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                          (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

             (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

SERGEI _____ CHEPILKO
First Name      Middle Initial      Last Name

50 BRIGHTON 1ST ROAD, APT. 11N
Street Address

BROOKLYN        NEW YORK        11235
County, City            State            Zip Code

929-409-9852        CHEPILKO @ AOL.COM
Telephone Number        Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  THE CITY OF NEW YORK

First Name                              Last Name

Current Job Title (or other identifying information)
100 CHURCH STREET, NY, 10007

Current Work Address (or other address where defendant may be served)
New York                 NY                 10007

County, City                          State                          Zip Code

Defendant 2:  SCOTT        HENRY

First Name                              Last Name

NYPD   POLICE OFFICER

Current Job Title (or other identifying information)
MIDTOWN South Precinct

Current Work Address (or other address where defendant may be served)
New York                 NY

County, City                          State                          Zip Code

Defendant 3:  TARAKUR        CHOWDHURY

First Name                              Last Name

NYPD SERGEANT

Current Job Title (or other identifying information)
MIDTOWN South Precinct

Current Work Address (or other address where defendant may be served)
New York                 NY

County, City                          State                          Zip Code

Defendant 4; 5    John Doe 1, 2
_____
First Name              Last Name
NYPD   Police   Officers
_____
Current Job Title (or other identifying information)
Midtown   South   Precinct
_____
Current Work Address (or other address where defendant may be served)
   New York        NY
_____
County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Seventh Ave, between 44 and 45 Str., Manhattan.

Date(s) of occurrence: March 11, 2017, approximately at 10 P.M.

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and what each defendant personally did or failed to do that harmed you. Attach
additional pages if needed.

Plaintiff approached a group of NYPD Police
Officers complaining for harassment and stalking
by Ticket seller, who made threatening gestures
towards plaintiff (like repeated cutting neck
by the hand). Sergeant Chowdhury assured plaintiff
that this was friendly gesture "like shaving,"
and refused to investigate complaint.
P.O. Henry approached plaintiff, and started
forcefully pushing plaintiff from Sgt. Chowdhury,
who was sitting at the driving seat of Police Van,
saying "stop talking to Sergeant." Plaintiff
explained to P.O. Henry that he talked not with
him, but with the Sgt. Chowdhury who gave
order plaintiff to approach to his driving side of
the Van. Plaintiff repeatedly ask Sgt. Chowdhury to

STOP P.O. HENRY's AGGRESSION.
When PLAINTIFF REQUESTED BADGE NUMBERS, clearly
in RETALIATION P.O. HENRY issued a SUMMONS TO
CRIMINAL COURT, SUMMONS WAS dismissed.
PLAINTIFF STATES FOLLOWING CLAIMS:
- HARASSMENT;
- ASSAULT AND BATTERY;
- MALICIOUS PROSECUTION;
- FAILURE TO INTERVENE;
- FAILURE TO PROPERLY TRAIN NYPD employees.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical
treatment, if any, you required and received.

EMOTIONAL DISTRESS, PUBLIC HUMILIATION.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

DAMAGES IN THE AMOUNT TO BE DETERMINED
AT JURY TRIAL, AND WHAT COURT WILL
FIND PROPER AND JUST.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 3/10/2018 | S. Chepilko |
| Dated | Plaintiff's Signature |
| SERGEI | CHEPILKO |
| First Name    Middle Initial | Last Name |
| 50 BRIGHTON 1ST ROAD , APT. 11N | |
| Street Address | |
| BROOKLYN    NEW YORK    11235 | |
| County, City    State    Zip Code | |
| 929-409-9852 | CHEPILKO @ AOL. COM |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

# PRIORITY®
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

   * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: Serge Chepilko
50 Brighton 1st Road, Apt. 11N
Brooklyn, NY 11235

TO: Pro Se Office
Room 200
United States District Court (SDNY)
500 Pearl Street.
NY 10007

RECEIVED
18 JUN 10 PM 8:25
U.S. DISTRICT COURT
SDNY

EP14F July 2013
OD: 12.5 x 9.5

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

 **UNITED STATES POSTAL SERVICE®**

PS00001000014

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.