USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-6-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGEI CHEPILKO.,

          Plaintiff,

-against-

THE CITY OF NEW YORK ET AL,

          Defendants.

18-cv-02195 (ALC)

**ORDER**

**ANDREW L. CARTER, JR.**, United States District Judge:

On August 10, 2018, the Court approved a briefing schedule for Defendants' anticipated Motion to Dismiss. (ECF No. 19). Pursuant to that briefing schedule, Defendants were going to submit their Motion on September 21, 2018. Defendants have not submitted their Motion to Dismiss. The parties should submit a joint status report by January 20, 2020 providing whether Defendants still plan to file a motion to dismiss and if so, a briefing schedule.

**SO ORDERED.**

Dated: January 6, 2020
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**