USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergei Chepilko,

          Plaintiff,

-against-

The City of New York et al.,

          Defendants.

1:18-cv-02195 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the Case Management Plan, the parties were directed to file a joint letter as to the status of discovery on March 16, 2020. (*See* ECF No. 30.) The Court has not received the parties' submission. The parties shall file such letter no later than Friday, March 27, 2020. The Clerk of the Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              March 17, 2020

_____
STEWART D. AARON
United States Magistrate Judge