USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/20/20

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**SERGEI CHEPILKO,**

      **Plaintiff,**

  -against-           **18-cv-02195 (ALC)**

**THE CITY OF NEW YORK ET AL,**

      **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

  The parties should submit a joint status report by October 7, 2020.

**SO ORDERED.**

Dated: September 20, 2020
    New York, New York      _____
                  **ANDREW L. CARTER, JR.
                  United States District Judge**