

DATE FILED: 10/08/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergei Chepilko,

                     Plaintiff,

-against-

The City of New York et al.,

                     Defendants.

1:18-cv-02195 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties shall appear via Telephone for a conference in the above-captioned matter on Tuesday, October 20, 2020, at 2:00 p.m. EST. During the conference, the parties should be prepared to discuss the discovery dispute raised in the parties' October 7, 2020 status report. (*See* ECF No. 42.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    It is further Ordered that, no later than Thursday, October 15, 2020, Defendants shall file a copy of the interrogatories served by Plaintiff on October 1, 2020.

    The Clerk of the Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
             October 8, 2020

                                                           STEWART D. AARON
                                                           United States Magistrate Judge