**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

**Sergei Chepilko,**

                              **Plaintiff,**

              **-against-**

**The City of New York et al.,**

                              **Defendants.**

**1:18-cv-02195 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1.  Defendants shall provide to Plaintiff affidavits setting forth the contents of the logbook entries of Defendant Henry and Defendant Chowdhury, as well as non-parties Wilmer Marquez, Mark Kwon and Frank Peeters, at or before the time they file their anticipated motion for summary judgment. (*See* ECF No. 44-1.) Notwithstanding that deadline, Defendants shall use their best efforts to provide Plaintiff with all five Affidavits prior to the date they file their pre-motion letter regarding such motion.

2.  Plaintiff's additional request that Marquez, Kwon and Peeters respond to interrogatories, served on the final day of discovery, is denied for the reasons stated on the record.

3.  No later than November 20, 2020, Plaintiff shall provide to Defendants an executed version of his CPL § 160.50 release that is sworn to before a notary public.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
              October 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge