USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   November 2, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**SERGEI CHEPILKO,**

                **Plaintiff,**

      **-against-**

**CITY OF NEW YORK, et al,**

              **Defendants.**

---------------------------------------------------------- x

**18-CV-2195 (ALC) (SDA)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On October 30, 2020, Defendants filed a request for a pre-motion conference in anticipation of their summary judgment motion. ECF No. 46. *Pro se* Plaintiff shall respond in writing to Defendants' request by November 9, 2020. Defendants are directed to communicate this order to Plaintiff by every means available.

**SO ORDERED.**

**Dated:   November 2, 2020**
         **New York, New York**

                                           _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**