UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergei Chepilko,

                      Plaintiff,

     -against-

The City of New York et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021

1:18-cv-02195 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that, no later than Thursday, October 28, 2021, Defendants shall file a response to Plaintiff's request to compel video records from Defendants.

    The Clerk of the Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
                October 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge