UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergei Chepilko,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2021

1:18-cv-02195 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a telephone conference on November 10, 2021, at 11:00 a.m. to discuss Plaintiff's request to compel video records and Defendants' response. (*See* ECF Nos. 52 and 56.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    The Clerk of the Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
                October 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge