```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sergei Chepilko,<br><br>                              Plaintiff,<br><br>        -against-<br><br>The City of New York et al.,<br><br>                              Defendants. | 1:18-cv-02195 (ALC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. Plaintiff's request to compel video records from Defendants (*see* Letter, ECF No. 52) is denied as moot based on the representation by Defendants' counsel that no such records exist.

2. No later than November 30, 2021, Defendants shall search for and produce to Plaintiff copies of any Freedom of Information Law ("FOIL") request made by Plaintiff to the New York City Police Department in March 2017 and any response. By the same date, Defendants shall file a letter advising the Court as to whether any such documents were located and produced.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:      New York, New York
            November 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge