UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGEI CHEPILKO, <br><br> Plaintiff, <br><br> -against- <br><br> POLICE OFFICER SCOTT HENRY, ET AL., <br><br> Defendant. | 18-CV-2195 (ALC)(SDA) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of *pro se* Plaintiff's response to the Court's Order to Show Cause at ECF No. 88 and Defendants' response at ECF No. 89. The Court deems its Order to Show Cause **SATISFIED**. The parties are directed to file a status report regarding next steps in this action by **March 10, 2023.**

The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

**Dated:  February 17, 2023**
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**