MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/1/2023



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

May 31, 2023

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Chepilko v. Police Officer Scott Henry, et al.*,
      18 Civ. 2195 (ALC) (SDA)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants Police Officer Scott Henry and Sergeant Tarakur Chowdhury in the above-referenced matter.  With plaintiff's consent, I write to respectfully: (1) convey plaintiff's request for an extension of time until June 16, 2023, to serve his completed portions of the joint pretrial order; and (2) request an extension of time until June 30, 2023, for the parties to file the joint pretrial order with the Court. No trial date has been set in this matter.

  By way of background, on March 10, 2023, the Court So Ordered the parties' proposed schedule for completing the joint pretrial order. (ECF No. 92).  Under that schedule, plaintiff's portions of the joint pretrial order were due to defendants on April 7, 2023. (*Id.*)  Plaintiff served his portions on April 18, 2023, but only included a list of exhibits and not the exhibits themselves. On May 5, 2023, defendants served their portions on plaintiff, including an exhibit and a copy of Your Honor's Individual Practices.

  On May 30, 2023, during a telephone call between the parties, plaintiff requested an additional two weeks to provide his complete portion of the joint pretrial order.  Defendants consented and proposed that the parties request an additional two weeks thereafter to file the joint pretrial order with the Court.  Plaintiff consented to that schedule.

  Accordingly, the parties respectfully request that the Court extend the time for: (1) plaintiff to complete his portions of the joint pretrial order, until June 16, 2023; and (2) the parties to file the completed joint pretrial order with the Court, until June 30, 2023.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **<u>VIA FIRST CLASS MAIL AND E-MAIL</u>**
Sergei Chepilko
Plaintiff *Pro Se*
49 Murdock Court, Apt. 5F
Brooklyn, New York 11223
Chepilko@aol.com

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
6/1/2023