UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Sergei Chepilko,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

1:18-cv-02195 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a telephone conference on Wednesday, October 11, 2023, at 11:30 a.m. EST, to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
            August 28, 2023

_____
STEWART D. AARON
United States Magistrate Judge