```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergei Chepilko,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

1:18-cv-02195 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. Discovery is re-opened for the limited purpose of allowing Plaintiff to take the depositions of defendants Police Officer Scott Henry and Sergeant Tarakur Chowdhury. Such depositions shall occur on or before December 31, 2023 and be limited to one hour each and shall proceed via remote means unless Defendants otherwise agree.

2. If Plaintiff wishes to take the deposition of a bystander to the incident at issue, he shall file a Letter Motion no later than November 22, 2023 identifying the specific individual and the reasons such deposition should be permitted. Any opposition by Defendants shall be filed by November 29, 2023.

3. The parties shall file a Joint Pretrial Order in accordance with Section IV(B) of the Court's Individual Practices no later than January 3, 2024.

4. If Defendants identify as witnesses in the Joint Pretrial Order any of the three non-party police officers who were present at the incident at issue, Plaintiff shall have the

opportunity to conduct a one-hour deposition of each such witness prior to the commencement of trial. Such depositions shall proceed via remote means unless Defendants agree otherwise.

5. The parties shall file the additional pre-trial submissions required by Section IV(C) of the Court's Individual Practices no later than January 24, 2024.

6. The jury trial in this action, which is expected to last no more than three days, shall commence on Wednesday, February 7, 2024 at 9:00 a.m. in Courtroom 11C. The parties shall comply with Section IV(D) of the Court's Individual Practices regarding exhibits for trial.

**SO ORDERED.**

Dated:   New York, New York
         November 15, 2023

_____
STEWART D. AARON
United States Magistrate Judge