```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergei Chepilko,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

1:18-cv-02195 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a final pretrial conference in the above-captioned matter on Tuesday, January 30, 2024 at 2:00 p.m. The conference shall be conducted by telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    It is further Ordered that, the parties shall provide each other party, and the Court, with a tabbed binder or binders containing double-sided courtesy copies of his or their trial exhibits and deposition designations, which shall be received by each other party and the Court no later than January 29, 2024 (rather than at the commencement of trial as set forth in Section IV(D) of the Court's Individual Practices).

SO ORDERED.

Dated:    New York, New York
             January 12, 2024

_____
STEWART D. AARON
United States Magistrate Judge