

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2024
```

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Tel: (212) 356-3541<br>Cell: (929) 930-0780<br>jefrank@law.nyc.gov |

January 24, 2024

**VIA ECF**
Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.

Dated: January 25, 2024      */s/ Stewart D. Aaron*

      Re:    *Chepilko v. Police Officer Scott Henry, et al.*,
             18 Civ. 2195 (ALC) (SDA)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants, Sergeants Scott Henry and Tarakur Chowdhury, in the above-referenced matter. With plaintiff's consent, defendants write to respectfully request a brief extension of time, from today until Monday, January 29, 2024, to file their proposed findings of fact and statements of law pursuant to Rule IV(C)(2) of Your Honor's Individual Practices.

      This extension is necessary due to a family medical emergency. Specifically, the undersigned defense counsel's mother was recently hospitalized. Accordingly, defendants respectfully request that the Court grant them an additional five (5) days to file their proposed findings of fact and states of law.

      Defendants thank the Court for its consideration of this matter.

                            Respectfully submitted,

                            */s/ Jeffrey F. Frank*
                            Jeffrey F. Frank
                            *Assistant Corporation Counsel*
                            Special Federal Litigation Division

cc:     All Counsel (via ECF)