```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergei Chepilko,

               Plaintiff,

-against-

The City of New York et al.,

               Defendants.

1:18-cv-02195 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for closing arguments and argument on Plaintiff's motion for sanctions on Wednesday, March 6, 2024 at 2:00 p.m. The conference shall occur via Microsoft Teams. The Court has sent, via email, the videoconference link to counsel of record. Counsel conducting any portion of the argument shall appear via video. All others attending the conference may dial-in by phone at 646-453-4442, Phone Conference ID: 982 339 95. Each side shall have one hour for argument, plus an additional 15 minutes for rebuttal for Plaintiff.

**SO ORDERED.**

Dated:    New York, New York
            February 27, 2024

_____
STEWART D. AARON
United States Magistrate Judge