**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Sergei Chepilko,

                Plaintiff,

    -against-                                        18 **CIVIL** 2195 (SDA)

                                                                     **JUDGMENT**

Police Officer Scott Henry, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Opinion dated March 21, 2024, Plaintiff's motion for sanctions at ECF No. 115 is DENIED and judgment shall be rendered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York

      March 21, 2024

                                                                         **RUBY J. KRAJICK**

                                                                           **Clerk of Court**

                                          **BY:**       *K. Mango*

                                                                           **Deputy Clerk**